JS - 6

**FILED: 2/19/2013**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Anthony Lewis*, | CASE NO. CV 10-9605-GHK (FMOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Walgreens*, | |
| Defendant. | |

Pursuant to the Court's February 19, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Anthony Lewis's claims against Defendant Walgreens are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: February 19, 2013

_____
GEORGE H. KING
Chief United States District Judge